IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                             CASE NO.: 21-80602-CRJ-7

AMANDA MICHELLE ROBERTS SAMPLES        CHAPTER 7
SSN: xxx-xx-7464,

    Debtor.

## NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

    COMES NOW the Debtor, AMANDA MICHELLE ROBERTS SAMPLES, and hereby rescinds the Reaffirmation Agreement with the creditor, World Finance Corporation, filed with the U.S. Bankruptcy Court on April 30, 2021 identified as docket entry number 18, and as grounds therefore would show as follows:

    1.    The Debtor entered into a Reaffirmation Agreement with the Creditor, World Finance Corporation, to reaffirm the loan secured by the 2005 Cadillac STS for the total sum of $1,464.96.

    2.    The Debtor no longer wishes to reaffirm the loan secured by the 2005 Cadillac STS and is rescinding the Reaffirmation Agreement entered between the parties.

    3.    The Discharge has not entered in the Debtor's Chapter 7 case such that rescission is still timely.

    WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Debtor, AMANDA MICHELLE ROBERTS, hereby rescinds his Reaffirmation Agreement with World Finance Corporation in the amount of $1,464.96 which was filed with this Court on April 30, 2021 as docket entry number 18.

    DONE this 4th day of August, 2021.

    /s/ AMANDA MICHELLE ROBERTS SAMPLES
    AMANDA MICHELLE ROBERTS SAMPLES, Debtor

/s/ BRANDON N. SMITH
BRANDON N. SMITH
Attorney for Debtor
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: 256-533-5097

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2021, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

| | |
|---|---|
| Shannon Parker, Bankruptcy Agent | Hon. Tazewell Shepard, Trustee |
| World Finance Corporation | PO Box 19045 |
| 3503 Memorial Parkway NW, Ste. A | Huntsville, AL 35804 |
| Huntsville, AL 35810-2445 | |

/s/ BRANDON N. SMITH
BRANDON N. SMITH